

Granted.

SO ORDERED:

5/14/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MARTHA NIMMER**
*Special Assistant Corporation Counsel*
Cell: (917) 499-8632

May 14, 2026

**VIA ECF**

Hon. Robert W. Lehrburger
Patrick M. Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

>       Re:     *C.B., et al. v. New York City Dep't. of Educ.,* 26-cv-3629 (JMF)(RWL)

Dear Magistrate Judge Lehrburger:

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative proceeding under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

Defendant writes to respectfully request that the May 22, 2026 answer deadline and the May 27, 2026 joint status letter deadline each be extended 90 days to August 22, 2026 and August 27, 2026, respectively. Plaintiff consents to these requests. These are the first requests for extensions of the answer deadline and joint status letter deadline. The extensions will give Defendant time to perform its internal review and make a request for authority to the Office of the Comptroller. The parties are hopeful that they can settle this matter without further burden on the Court's time.

Accordingly, Defendant requests that the answer deadline be extended to August 22, 2026 and the joint status letter deadline be extended to August 27, 2026.

Thank you for considering these requests.

Respectfully submitted,

/s/

Martha Nimmer
Special Assistant Corporation Counsel

cc: Jared Stein, Esq. (via ECF)