UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

C.B., *individually and on behalf of V.O., a minor with a disability*,

                               Plaintiff,

                    -v-

NEW YORK CITY DEPARTMENT OF EDUCATION
et al.,

                            Defendants.

-----------------------------------------------------------------------X

26-CV-3629 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's May 5, 2026 Order, ECF No. 5, the parties were required to file either (1) a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, or (2) a joint letter advising the Court that the parties do not consent to conducting all further proceedings before Magistrate Judge Robert W. Lehrburger, **within two weeks of the date on which Defendants entered an appearance.** To date, the parties have not filed either document. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 4, 2026.** Failure to abide by that deadline may result in sanctions.

       SO ORDERED.

Dated: May 28, 2026
       New York, New York

                               JESSE M. FURMAN
                             United States District Judge